**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-02109-RM-MJW

BROADCAST MUSIC, INC.,
JOHNNY BIENSTOCK MUSIC,
SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING,
SHOWBILLY MUSIC,
BOCEPHUS MUSIC, INC.,
TOKECO TUNES, and
WACISSA RIVER MUSIC, INC.,

    Plaintiffs,

v.

CAREY-ON SALOON, LLC d/b/a CAREY-ON SALOON, and
LESHAWN RENEE CAREY, individually,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Plaintiffs' Motion for Summary Judgment (ECF No. 24) [Doc. No. 38, filed February 7, 2014], it is

    ORDERED that Plaintiffs' Motion for Summary Judgment [Doc. No. 24, filed May 24, 2013] is hereby GRANTED, and accordingly, final judgment is hereby entered in favor of Plaintiffs Broadcast Music, Inc., Johnny Bienstock Music, Sony/atv Songs Llc D/b/a Sony/atv Tree Publishing, Showbilly Music, Bocephus Music, Inc., Tokeco Tunes, and Wacissa River Music, Inc., and against Defendants Carey-On Saloon, LLC d/b/a Carey-On Saloon and LeShawn Renee Carey.  It is

FURTHER ORDERED that Defendants Carey-On Saloon, LLC d/b/a Carey-On Saloon and LeShawn Renee Carey are hereby permanently enjoined from publicly performing, or causing or permitting to be publicly performed, any musical compositions in BMI's repertoire, including, but not limited to, the Seven Compositions at issue, in violation of Title 17 of the United States Code, *i.e.*, without a license from BMI, at the Carey-On Saloon or any other business owned, controlled, operated, maintained, or conducted, directly or indirectly, by either or both Defendants. It is

FURTHER ORDERED that Plaintiffs are awarded against Defendants Carey-On Saloon, LLC d/b/a Carey-On Saloon and LeShawn Renee Carey, jointly and severally, statutory damages of Eight Thousand Four Hundred Dollars ($8.400.00), which is an award of $1,200.00 for each of the Seven Compositions infringed at the Carey-On Saloon. It is

FURTHER ORDERED that Plaintiffs are awarded against Defendant Carey-On Saloon, LLC d/b/a Carey-On Saloon and LeShawn Renee Carey, jointly and severally, reasonable attorney's fees in the amount of $11,636.00. It is

FURTHER ORDERED that Plaintiffs are awarded against Defendants Carey-On Saloon, LLC d/b/a Carey-On Saloon and LeShawn Renee Carey, jointly and severally, costs in the amount of $456.06. It is

FURTHER ORDERED that Plaintiffs are awarded against Defendants Carey-On Saloon, LLC d/b/a Carey-On Saloon and LeShawn Renee Carey post-judgment interest under 28 U.S.C. § 1961, currently set at the rate of 0.12 % from the date of entry of judgment until the award is satisfied.

Dated at Denver, Colorado this 10th day of February, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler, Deputy Clerk